In the Matter of the Voluntary Dissolution of MALCOM BREWING COMPANY.

HENRY DOSCHER, Appellant; C. HENRY OFFERMAN et al., as Receivers, Respondents.

*Matter of Malcom Brewing Co.*, 92 App. Div. 614, appeal dismissed.
(Argued May 31, 1904; decided June 7, 1904.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial depart-

ment, entered March 22, 1904, which affirmed an order of Special Term passing the accounts of the receivers of the Malcom Brewing Company.

The motion was made upon the grounds that the appeal had not been perfected by the filing of an undertaking and that the order appealed from was not of right appealable to the Court of Appeals.

*William H. Hamilton* for motion.

*Henry F. Cochrane* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion on the ground that the court below unanimously affirmed and the only question raised relates to the amount of allowance.